**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Kenneth William Colassi</u>

    v.                                    Civil No. 10-cv-200-JL

<u>Michael J. Astrue, Commissioner,
Social Security Administration</u>

**O R D E R**

Kenneth Colassi has filed this action appealing a final decision by the Social Security Administration (doc. no. 1). The defendant was incorrectly identified as Kathleen Sebelius in a previous Order (doc. no. 3). The proper defendant to this action is Michael J. Astrue, Commissioner of the United States Social Security Administration. The Clerk's office is ordered to amend the docket to reflect the proper defendant.

The Clerk's office is further directed to issue the necessary summons, and to send, by certified mail, return receipt requested, the summons, a copy of the complaint (document no. 1), the October 18, 2010, Order of service (doc. no. 3), and this Order. <u>See</u> Fed. R. Civ. P. 4(i)(C).

Defendant is instructed to answer or otherwise plead within sixty days of service. <u>See</u> Fed. R. Civ. P. 12(a)(2).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

the defendant by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: November 10, 2010

cc:   Kenneth William Colassi, pro se
      United States Attorney for the District of New Hampshire
      Attorney General of the United States

LBM:jba